# Court of Appeals
# of the State of Georgia

ATLANTA, February 12, 2021

*The Court of Appeals hereby passes the following order:*

## A21A0926. KAREN MEDOWS v. RHONDA MEDOWS.

This case originated as a dispossessory proceeding in magistrate court. After an adverse ruling, defendant Karen Medows appealed to the superior court. Medows failed to pay rent into the registry of the superior court, which entered a writ of possession in favor of the plaintiff. See OCGA § 44-7-54 (b). Medows then filed this appeal. We, however, lack jurisdiction.

Because the superior court's order disposed of a de novo appeal from a magistrate court decision, Medows was required to follow the discretionary appeal procedure to obtain review of the superior court's order. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Her failure to follow this procedure deprives us of jurisdiction to consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/12/2021
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*, *Clerk.*